**RECEIVED**
**By Tamara Ellis at 3:29 pm, Sep 13, 2023**

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2023

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

    No. 21-11001   USA v. Rahimi
                    USDC No. 4:21-CR-83-1
                    Supreme Court No. 22-915

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate
court record can be accessed on PACER through the court's
website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District
Court for the Northern District of Texas is directed to transmit
their record to the United States Supreme Court.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

cc:  Mr. William A. Glaser
     Mr. Brian W. McKay
     Ms. Karen S. Mitchell
     Mr. John Michael Pellettieri
     Ms. Rachel Maureen Taft
     Mr. James Matthew Wright