# United States District Court
## Northern District of Texas
### Office of the Clerk

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

September 13, 2023

Clerk
U.S. Supreme Court
1 First Street, NE
Washington, DC 20543

SUBJECT:   Appeal Record No. 21-11001   re: USA v Zackey Rahimi    USDC No.  4:21-CR-083-P-1

Dear Clerk:

In connection with the appeal cited above, the following documents are transmitted:

- [x] Copy of the notice of appeal, order (and/or opinion) from which the appeal action is taken, and a certified copy of the docket sheet.
- [ ] Copy of the notice of cross-appeal, order (and/or opinion) from which the appeal action is taken, and a certified copy of the docket sheet.
- [x] Record on appeal consisting of ___1___ volume(s) of the record;

  ___2___ Volume(s) of the transcript          _____ Volume(s) of depositions
  _____ Container(s) of exhibits              _____ Folder(s) of State Court Papers
  ___8___ Sealed documents                     _____ Audio Visual Tapes

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT

- [ ] Supplemental record, including updated docket entries
- [ ] Other: _____

In regard to the notice of appeal, the following additional information is furnished:

- [ ] The Court of Appeals docket fee     has    been paid
- [ ] This case is proceeding *in forma pauperis*
- [ ] A motion to proceed *in forma pauperis* on appeal is currently pending in district court.
- [ ] This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act.
- [ ] The presiding judge entering the final judgment is: _____
- [ ] The court reporter assigned to this case is: _____
- [ ] This case was decided without a hearing, therefore there will be no transcript.
- [ ] UPS or FedEx Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By: /s/Tamara L ____
Deputy Clerk

cc: