# Tamara Ellis

| | |
|---|---|
| **From:** | appeal <appeal@cafc.uscourts.gov> |
| **Sent:** | Friday, September 15, 2023 12:10 PM |
| **To:** | Tamara Ellis |
| **Subject:** | RE: Certified Copy of Docket Sheet - Appeal Record No. 21-11001    re: USA v Zackey Rahimi USDC No. 4:21-CR-083-P-1 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.


Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000